FORM AO-256 REV. 1-82

CRIMINAL DOCKET - U.S. District Court

| | | | | | U.S. vs | SEWELL, JOSEPH LEE, a/k/a Bubba, JOHN DOE a/k/a SCOTT FRANKLIN a/k/a Scott Franklin per ORDER of U.S. Mag. Alexander B. Denson narcotic violation 3-16-87 | Filed Mo | Day | Yr | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO ☐ | 417 | 4 | Assigned 1706 | ☐ WRIT | | | 06 | 10 | 86 | 000028 | 22 |
| Misd ☐ | | | Disp./Sentence 1760 | ☐ JUVENILE | | | No of Def's 33 | U S MAG CASE NO | | | |
| Felony ☒ | District | Off | Judge/Magistr | ☐ ALIAS OFFENSE ON INDEX CARD | | | | | | | |

### I. CHARGES

| US TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG | GUILTY NOLO |
|---|---|---|---|---|
| 21§952(a) & 960 18§2 | Importation of schedule I non-narcotic controlled substance (marihuana) and aiding & Abetting **Cts. 1&3** | 2 | X | X GI |
| 21§846, 18§ 2 | Attempt to possess with intent to distribute schedule I non-narcotic controlled substance (marihuana) and aiding and abetting Ct. 2 | 1 | X | |
| 21§841(a)(1), 18§2 | Possession with intent to distribute schedule I non-narcotic controlled substance and aiding and abetting Ct. 4 | 1 | X | |

**SUPERSEDING INDICTMENT**

All counts are the same as listed above

SUPERSEDING COUNTS → 4      ☐ JURY ☒ N.J.

### II. KEY DATE

| INTERVAL ONE | | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | | END INTERVAL TWO |
|---|---|---|---|---|
| KEY DATE 4-8-87 Houston Tex EARLIEST OF | ☒ arrest ☐ sum'ns ☐ custody ☐ appears on complaint | KEY DATE 06-10-86 APPLICABLE | ☒ Indictment Filed/unsealed ☐ consent to Magr trial on complaint ☐ Information ☐ Felony Waiver | KEY DATE 7/8/86 | ☐ 1st appears on pending charge /R40 ☐ Receive file R20/21 ☒ Supsdg ☒ Ind ☐ Inf | KEY DATE 6-8-87 | ☐ Dismissal ☒ Pled guilty ☐ After N.G. ☐ Nolo ☐ After nolo ☐ Trial (voir dire) began |

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros | FINAL CHARGES DISMISSED on def motion ☐ on S T grounds ☐ W.P. ☐ WOP ☐ on gov't motion

### III. MAGISTRATE

| Search Warrant | Issued Return | DATE | INITIAL/NO | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|---|---|
| Summons | Issued Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ DISMISSED HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | | Tape Number | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U S Attorney or Asst

J. DOUGLAS McCULLOUGH

Defense: 1 ☐ CJA  2 ☐ Ret  3 ☐ Waived  4 ☐ Self  5 ☐ Non / Other  6 ☐ PD.  7 ☐ CD

Dick DeGuerin
DeGuerin & Dickson
Seventh Flr., The Republic Bldg.
1018 Preston Avenue
Houston, Texas 77002

(Per ORder filed 5/18/87 -
Mr. DeGuerin can appear
pro hac vice)

Sen: 8/24/87

### BAIL • RELEASE

**PRE INDICTMENT**

Release Date
Bail ☐ Denied    ☐ Fugitive
                  ☐ Pers. Rec.
AMOUNT SET         ☐ PSA
$25,000   Conditions
Date Set 4/8/87   ☐ 10% Dep.
                  ☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made    ☐ 3rd Prty
                  ☐ Other

**POST INDICTMENT**

Release Date
Bail ☐ Denied    ☐ Fugitive
                  ☐ Pers. Rec.
AMOUNT SET         ☐ PSA
$
Date Set          Conditions
                  ☐ 10% Dep.
                  ☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made    ☐ 3rd Prty
                  ☐ Other

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

| DATE | Yr | Docket No | Def | | | PAGE OF | VI EXCLUDABLE DELAY | |
|---|---|---|---|---|---|---|---|---|
| | 86 | 00028 | 22 | ☐ MASTER DOCKET MULTIPLE DEFENDANT CASE ☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | | Start Date / End Date | En Code | Total Days |

### V. PROCEEDINGS

**JOHN DOE**

| Date | Proceeding | Details |
|---|---|---|
| 6-3-86 | MOTION TO SEAL INDICTMENT | |
| 6-4-86 | ORDER OF SEALING | -Ordered sealed for 7 days unless time extended - Clerk unseal the indict. at 4 P.M. on 6/10/86. May unseal indictment to issue warrants for defts. and provide copies to U.S. Magistrates conducting I.A. and U.S. Atty. (McCotter, Mag.) |
| 6-6-86 | REQUEST FOR ISSUANCE OF WARRANT by U.S. Atty. | -detention requested |
| 6-6-86 | ISSUED WARRANT FOR ARREST | - detention recommended by U.S. Atty - origl. & 1 cy. U.S. Marshal |
| 6-10-86 | INDICTMENT | - lc: Judge Britt, Mag. Dixon New BErn Div. Office |
| 6-11-86 | MOTION FOR EXEMPLARS by Govern. | - lc: Mag. Dixon w/prop. Order |
| 6-16-86 | ORDER | that each deft. shall appear at the office of the U.S. Atty., Raleigh, N.C. during normal working hours upon a minimum of three (3) days notice. Further ORDERED that each deft. at that time shall provide an exemplar of his usual handwriting without distortion and major case prints. It is FURTHER ORDERED that the U.S. Atty. make available to each deft. the results of any tests, comparisons, etc. conducted as a result of securing the exemplars and prints. (Mag. Dixon) Cys. dist. to U.S. Atty. & Deft's counsel per: Mag. Dixon. CR. O.B. #4, P. 299.   jp |
| 7-8-86 | SUPERSEDING INDICTMENT | lc: Judge Britt, Mag. Dixon and New Bern Clerk's Office & U.S. Atty. |
| 7-8-86 | ORDER | dismissing the original Indictment for the reason that a Superseding Indictment was filed on 7-8-86 - (Judge Britt) Cys. dist. CR. O.B.#4, P. 327. |
| 3-16-87 | ORDER | the Clerk is directed to make the necessary changes to reflect the proper identification of this defendant by name on all court records, including the indictment, warrant, notices, calendars, etc. (US Mag. Alexander B. Denson) O.B.#5, P.167, lc: AUSA    Ent. 3-16-87 **PROPER IDENTIFICATION- JOSEPH LEE SEWELL, a/k/a Bubba, a/k/a Scott Franklin.**   jh ag |
| 3/19/87 | ISSUED WARRANT FOR ARERST OF DEFT. - orig. & 1 U. S. Marshal | |
| 4-3-87 | RETURN ON WARRANT ISSUED 6/6/86 - warrant returned - superseded by warrant dated 3/19/87 - changing name | |
| 4/17/87 | Field report - ~~Subject self-surrendered~~ to USM - Southern/Texas | |






UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs

SEWELL, Joseph Lee, etc.,

AO 256A

86 | 00028 | 22
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 4-27-87 | Called SDTex - Clerk's Office - re: arrest of deft. Advised to call Mag. Platter's office - Freda Khan - Deputy Clerk - left word for Ms. Khan to call. | | | | |
| 4-28-87 | Called Mag. Platter's office - Ms, Khan in Court | | | | |
| 4-29-87 | Called Mag. Platter's Office - Ms. Khan in Court | | | | |
| 5-1-87 | Called Mag. Platter's office - Ms. Khan in Court | | | | |
| 5-4-87 | Talked w/Ms. Khan - advised deft. on 4-8-87 in SDTex - waived prel. hearing - waived prel. exam - executed $25,000 PR bond and atty. was Dick DeGuerin - also advised that had not forwarded us the papers on this matter - but would do so. | | | | |
| 5-4-87 | ISSUED NOTICE TO APPEAR - set for I.A. on Wednesday, 5/13/87 at 11 A.M. in New Bern before Mag. McCotter. lc: Mag. McCotter, USA, USPO, USM, New Bern Office and Joyce Todd, Civ. Sec. - lc: deft. at 14592 Swiss Dr, Dellvalle, Austin, TExas lc: Mr. DeGuerin at 1018 Preston Ave., The Republic Bldg., 7th Flr., Houston, Texas 77208 (address for deft. and Mr. DeGuerin given by Ms. Kahn). | | | | |
| 5-5-87 | RETURN ON WARRANT FOR ARREST - recewived 4/8/87 and executed 4/8/87 by Diane P. Steadman - DUSM Houston, Texas. | | | | |
| 5/7/87 | PAPERS RECEIVED FROM SOUTHERN DISTRICT OF TEXAS - HOUSTON DIVISION Bond $25,000 unsecured (order for release) | | | | |
| 5/11/87 | NOTICE OF ENTRY OF ATTORNEY OF RECORD by deft. w/Cert. of Service | | | | |
| 5/11/87 | UNOPPOSED MOTION TO RESCHEDULE INITIAL APPEARANCE by deft. w/Cert. of Service | ag | | | |
| 5/11/87 | Per Russell Suggs - Mag. McCotter will do order continuing initial appear - before district Judge - when we do calendar after receiving order from Mag. set for initial appearance - Arraignmentt & trial | ag | | | |
| 5/11/87 | ORDER - ordered that the initial appearance is rescheduled for Wednesday, 5/27/87 (Charles K. McCotter, Jr. U.S Mag.) cys: U. S. Atty. Dick DeGurerin; U. S. M. P. O. | ag | | | |
| 5-13-87 | ORDER that the deft., Joseph Lee Sewell, appear before the undersigned for initial appearance, arraignment and trial at 9:00 a.m. on 8 June 1987 in Raleigh, N.C. (Judge W. Earl Britt) O.B.#5, P.218 lc: AUSA, USPO, USM, Counsel of Record. Ent 5-13-87 Jh | | | | |
| 5/15/87 | ISSUED NOTICE - deft. to apear for initial appearance, arraignment & Trial on Monday, 6/8/87 at 9 A. M. in Raleigh, N. C. lc: U. S. Atty. & Mr. DeGuerin | ag | | | |
| 5-18-87 | DEFENDANT'S MOTION FOR HIS COUNSEL TO APPEAR PRO HAC VICE and to waive requirement of local counsel w/ cs. and w/proposed order. lc: Judge Britt w/Prop. Order. | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 5-18-87 | **ORDER** - motion of Dick DeFuerin to appear as counsel for deft. pro hac vice is allowed. (Britt, J) Cr. OB#5, P. 221.<br>lc: USA, Mr. DeGuerin, Mag. McCotter and USPO | | | | |
| 6-8-87 | **RALEIGH - JUDGE BRITT - DONNA TOMAWSKI** - Ct. Reporter<br>I.A. & Arrgn.<br>Deft. sworn - competent<br>Rule 11<br>**MEMORANDUM OF PLEA AGREEMENT** w/ Addendum lc: USA, USPO, Mr. DeGuerin<br>Plea of G/Ct. 1 - accepted<br>Deft's M/Dism. Cts. 2, 3 & 4 - allowed<br>Bond cont'd.<br>**SEN: 8/24/87 at 9 A.M. in Wilm.** | | | | |
| 8-7-87 | **NOTICE ISSUED** FOR SENTENCING at Wil, NC, Mon. Aug. 24, 1987<br>Before Judge Britt at 9:00 AM.<br>cy: Deft., AUSA, Counsel of Record. jh | | | | |
| 8/17/87 | **MEMO** - To All court personnel and Mr. DeGuerin -<br>re: sentencing on 8/24/87 at 9 A.M. | | | | |
| 8/21/87 | DEFENDANT JOE SEWELL'S SENTENCING REQUEST by deft.<br>lc: Judge Britt | ag | | | |
| 8-24-87 | **SENTENCING - wilm. - Judge Britt - Jo Bush Court Reporter**<br>**JUDGMENT AND PROBATION COMMITMENT ORDER**<br>Orig. Indictment dismissed 7-8-86<br>S.I. - Cts. 2-4 dismissed<br>CT. 1 - 4 yrs - w/a special parole term of<br>not less than 2 yrs.<br>Court recommends that this sen. be served at FCI<br>at Big Springs, Texas<br>The deft. be allowed to report at his own expense<br>at 12 noon on the date designated by the USM<br>to the facility designated by the USBureau of Prisons<br>Deft. allowed to go under existing bond.<br>(Britt, J) Cr. OB#5, P. 300.<br>2cs: USA, USA<br>lc: USPO,<br>Judge Britt<br>deft. and<br>Mr. DeGuerin<br>(ent. 9/1/87).<br>**ORDER TO SURRENDER** | | | | |
| 10-6-87 | MARSHALS REUTRN ON J & C - Deft. surrendered 9-24-87 to FCI<br>at Seagoville, texas, (W.L. Garrison, Warden by:<br>D. Shirley, SLT) | jh | | | |